**Order entered December 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01314-CV

### ESTATE OF HOWARD GILLIS THOMAS, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-00877-1**

## ORDER

Before the Court is appellant's November 25, 2015 motion for an extension of time to file the clerk's and reporter's records. The reporter's record was filed on November 29, 2015. Accordingly, we **GRANT** the motion to the extent that the clerk's record shall be filed by **DECEMBER 14, 2015**.

/s/     ELIZABETH LANG-MIERS
JUSTICE